■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SUSAN DORSEY, Respondent, against RENSSELAER TAYLOR, as Warden of Albany County Jail, Appellant. — Order reversed, on the law, and writ of habeas corpus dismissed (*People ex rel. Jackson* v. *Fennelly,* 5 A D 2d 71). Foster, P. J., Bergan, Coon and Gibson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ISIAH FERGUSON, Respondent against RENSSELAER TAYLOR, as Warden of Albany County Jail, Appellant.— Order reversed, on the law, and writ of habeas corpus dismissed (*People ex rel. Jackson* v. *Fennelly,* 5 A D 2d 71). Foster, P. J., Bergan, Coon and Gibson, JJ., concur.